# Court of Appeals
# of the State of Georgia

ATLANTA,___October 03, 2016_____

*The Court of Appeals hereby passes the following order:*

**A17A0294.  KENNETH CLARK v. THE STATE.**

In 1999, Kenneth Clark pled guilty to multiple offenses, including child molestation and kidnapping.  Clark has lodged numerous pro se filings in the trial court after pleading guilty.  On July 2, 2015, Clark filed this notice of appeal seeking to appeal an order entered by the trial court on June 19, 2015.  However, the record does not include an order entered on that day.  The last order in the record was entered on August 11, 2014, in which the trial court denied Clark's extraordinary motion for new trial.  If Clark seeks to appeal the August 2014 order, his notice of appeal is untimely.  See OCGA § 5-6-38 (a) (a notice of appeal must be filed within 30 days of entry of the order sought to be appealed).

Thus, given the apparent absence of a trial court order, we have nothing to review.  See *Amica v. State*, 307 Ga. App. 276, 282 (2) (704 SE2d 831) (2010).  Accordingly, Clark's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____10/03/2016_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*